JUDGE SWAIN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Feng Qiu TANG (A77-556-823)
Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff, Secretary of Homeland
Security; and Andrea Quarantillo, District Director

CASE NUMBER:

TO: (Name and address of Defendant)

Michael Chertoff, Secretary of DHS (245 Murray Dr. SW, Building 410,
Washington, DC 20528) & Andrea Quarantillo, USCIS NYC District
Director(26 Federal Plaza, New York, NY 10278)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Yee Ling Poon,Esq.
Law Offices of Yee LIng Poon
11 East Broadway, 5th Fl.
New York, NY 10038

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

'AUG 3 0 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8/30/2007 |
| NAME OF SERVER *(PRINT)*  Peggie Kui | TITLE  Mrs. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

    Priority Mail to: Michael Chertoff (245 Murray Dr. SW Building 410, Washington DC 20528); Andrea Quarantillo (26 Federal Plaza, NY, NY 10278); USAO for SDNY(86 Chambers St.,3rd Fl. NY.NY 10007)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $13.80 | TOTAL  $13.80 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     8/30/2007          _____
            Date              *Signature of Server*

         11 E Broadway, 5th FL. New York, NY 10038
         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JUDGE SWAIN

07 CIV 7738

JS 44C/SDNY
REV. 12/2004

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Feng Qiu Tang (A77-556-823) | Michael Chertoff, Secretary of DHS<br>Andrea Quarantillo, District Director, USCIS NY District Office. |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Yee Ling Poon, Law Offices of Yee Ling Poon,<br>11 East Broadway, 5th Floor, NY, NY 10038 212-385-4575 | AUG 30 2007 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. Sec. 1361, complaint for Writ of Mandamus to compel Defendants to adjudicate Plaintiff's application for Adjustment of Status.

Has this or a similar case been previously filed in SDNY at any time? No ☒ Yes? ☐   Judge Previously Assigned

If yes, was this case Vol.☐ Invol. ☐ Dismissed. No☐ Yes ☐  If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*                    NATURE OF SUIT

### ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**

[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**

[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 MIA (1395FF)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**

[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/COMMODITIES/EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[x] 890 OTHER STATUTORY ACTIONS

### ACTIONS UNDER STATUTES

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 246 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**CIVIL RIGHTS**

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**

[ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

*Check if demanded in complaint:*

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE James Loprest          DOCKET NUMBER 06cv6816

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☒ NO          NOTE:  Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

[X] 1 Original Proceeding  [ ] 2 Removed from State Court  [ ] 3 Remanded from Appellate Court  [ ] 4 Reinstated or Reopened  [ ] 5 Transferred from (Specify District)  [ ] 6 Multidistrict Litigation  [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**

[ ] 1 U.S. PLAINTIFF  [X] 2 U.S. DEFENDANT  [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)  [ ] 4 DIVERSITY

**IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)**

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF DEF | | PTF DEF | | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 [ ]4 | FOREIGN NATION | [ ]6 [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Feng Qiu TANG
10 Monroe Street,
New York, NY 10002

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Michael Chertoff, Secretary of DHS
U.S. Department of Homeland Security
Washington, D.C. 20528

Andrea Quarantillo
US CIS New York City District Office
26 Federal Plaza, New York, NY 10278

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE          SIGNATURE OF ATTORNEY OF RECORD              ADMITTED TO PRACTICE IN THIS DISTRICT
                                                          [ ] NO
RECEIPT #                                                 [x] YES (DATE ADMITTED Mo. Aug    Yr. 1991 )
                                                          Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge **MAG. DOLINGER** _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NEW YORK

Feng Qiu TANG
    (A#77-556-823)

    Plaintiff

v.

Michael Chertoff, Secretary of
Homeland Security;
    and
Andrea Quarantillo, District Director,
USCIS New York City District Office.

    Defendants

### PLAINTIFF'S ORIGINAL COMPLAINT
### FOR WRIT IN THE NATURE OF
### MANDAMUS

    Plaintiff, by her attorney, Yee Ling Poon, Esq., hereby alleges, upon information and belief, as follows:

### INTRODUCTION

1.    This action is brought against the Defendants to compel action on an refugee asylee relative petition (INS Form I-730) properly filed by Plaintiff. The application was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment.

### PARTIES

2.    Plaintiff Feng Qiu TANG is an Asylee and a Legal Permanent Resident of the United States (A77-556-823). She has filed a I-730 petition on behalf of her husband, Wei Heng ZHENG (A29-796-689). Plaintiff is waiting on the adjudication of the I-730 petition she filed on behalf of her husband.

1

3.  Defendant Michael Chertoff is Secretary of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act (INA), and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security (DHS). Pursuant to the provisions of the Homeland Security Act of 2002 (Pub. L. No. 107-296), which was signed into law on November 25, 2002, the functions of the Immigration and Nationality Services of the Department of Justice, and all authorities with respect to those functions, transferred to DHS on March 1, 2003, and the INS was abolished on that date. The transition and savings provisions of the Homeland Security Act, including sections 1512(d) and 1517, provide that references relating to the INS in statutes, regulations, directives or delegations of authority shall be deemed to refer to the appropriate official or component of DHS.

4.  Defendant Andrea Quarantillo is an official of USCIS generally charged with supervisory authority over all operations of the USCIS within her District with certain specific exceptions not relevant here. 8 C.F.R. 103.1(g)(2)(ii)(B). Plaintiff filed the I-730 petition on behalf of her husband, the Beneficiary, with the Nebraska Service Center which transferred the petition to New York City District office where, upon information and belief, the petition is currently pending.

## JURISDICTION

5.  Jurisdiction in this case is proper under 28 U.S.C. §§1331 and 1361, 5 U.S.C. §555(b), and the Immigration and Nationality Act and regulations implementing it (Title 8 of the CFR). Relief is requested pursuant to said statutes.

6.  Under 28 U.S.C. §1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." There is jurisdiction under 28 U.S.C. §1331 because this action arises under 28 U.S.C. §1361 (mandamus), the Administrative Procedure Act (APA) (5 U.S.C. §555(b) and 5 U.S.C. §702), and the Immigration and Nationality Act (INA) and regulations implementing it (Title 8 of the CFR).

7.  Under 28 U.S.C. §1361, "[t]he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

8.  The APA requires USCIS to carry out its duties within a reasonable time. 5 U.S.C. §555(b) states that "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." USCIS is subject to 5 U.S.C. §555(b). Plaintiff contends that the delays in processing said petition for derivative asylee is unreasonable.

2

9.    "[A] spouse or child . . . of an alien who is granted asylum under this subsection may, if not otherwise eligible for asylum under this section, be granted the same status as the alien if accompanying, or following to join, such alien." 8 U.S.C. § 1158(b)(3)(A).

## VENUE

10.    Venue is proper in this court, pursuant to 28 U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District in which a Defendant maintains her office, and where a substantial part of the events or omissions giving rise to Plaintiff's claim occurred. More specifically, Plaintiff's petition for asylee relative was properly filed and, to Plaintiff's knowledge, remains pending with the USCIS office in this district.

## FACTS

11.    Plaintiff married her husband, Wei Heng ZHENG, on April 04, 1989 in China and they have two children together. Plaintiff was granted conditional asylum on December 23, 1999, and the conditions on her asylum were removed on May 19, 2003. Plaintiff adjusted to Legal Permanent Resident on February 20, 2007.

12.    On July 23, 2003, Plaintiff filed an I-730 Refugee Asylee Relative Petition on behalf of her husband, the beneficiary on said petition, and their two children, Hui Chun ZHENG (A#78-371-138) and Cun Xi ZHENG (A#78-371-137). The receipt notice states that "[i]t usually takes300 to 330 days from the date of this receipt...to process this type of case." (Exhibit 1).

13.    On July 2, 2004, the legacy Immigration and Naturalization Service (INS) approved the I-730 Petitions filed on behalf of the two children. No further Notice was received regarding Plaintiff's petition. (Exhibit 2).

14.    In a letter dated November 24, 2004, Plaintiff, through her attorney, requested from the Nebraska Service Center information regarding the status of said I-730 petition. (Exhibit 3).

15.    On January 25, 2005, the Plaintiff initiated an online Case Status Search regarding his I-730 application which revealed that Plaintiff's I-730 petition was transferred to an office in New York, NY on July 14, 2004, for processing. Plaintiff never received a Transfer Notice. (Exhibit 4).

3

16.  In a letter dated January 27, 2005, Plaintiff, through her attorney, requested from the USCIS at 26 Federal Plaza, New York, NY, information regarding the status of his I-730 petition. (Exhibit 5). No Response was forthcoming.

17.  In a letter dated March 10, 2005, in response to plaintiff's first inquiry of November 24, 2004, the Nebraska Service Center "informed" Plaintiff that her I-730 petition was transferred to the New York District Office on July 14, 2004 and that she should have received a transfer notice. As stated above, Plaintiff never received a transfer notice. (Exhibit 6).

18.  In a second letter to the USCIS at Federal Plaza, New York, NY, dated April 6, 2005, Plaintiff, through counsel, again requested information regarding the status of said pending I-730 petition. (Exhibit 7). Again, no response was forthcoming.

19.  In a third letter to the USCIS at Federal Plaza, New York, NY, dated July 15, 2005, Plaintiff, through counsel, again requested information regarding the status of said pending I-730 petition. (Exhibit 8). Again, no response was forthcoming.

20.  In yet a fourth letter to the USCIS at Federal Plaza, New York, NY, dated March 24, 2006, Plaintiff, through counsel, again requested information regarding the status of said pending I-730 petition. (Exhibit 9). Once again, no response was forthcoming.

21.  In yet a FIFTH letter to the USCIS at Federal Plaza, New York, NY , dated June 26, 2007, Plaintiff, through counsel requested a decision to be made on the "protractedly delayed" I-730 petition. (Exhibit 10). To date, neither plaintiff nor counsel have received a response to any of the above inquiries made to USCIS at Federal Plaza, New York, NY, in regards to this matter.

22.  According to USCIS Case Status Service Online as of July 20, 2007, the status of this application has not changed since July 14, 2004. (Exhibit 11).

23.  According to USCIS Nebraska Service Center Processing Dates Posted on July 16, 2007, the filing date of I-730 Refugee/ Asylee Relative Petition currently being processed is July 20, 2006, three years past the filing date of Plaintiff's Asylee Relative Petition. (Exhibit 12).

## EXHAUSTION OF REMEDIES

24.  Plaintiff has exhausted her administrative remedies.  She has complied with all the requirements for seeking status as a Asylee Relative, both individually and through an attorney, made numerous inquiries and requests for a decision on said application to no avail.

4

## REQUEST FOR RELIEF
## COUNT ONE

25. Defendants have willfully and unreasonably delayed and have refused to render a decision on Plaintiff's I-730, Asylee Relative Petition. Plaintiff's I-730 petition has now remained un-adjudicated for four years (over 1,460 days). The CIS's normal processing time for this type of case is 300-330 days. (See Exhibit 1).

26. The delay in rendering a decision is not attributable to Plaintiff.

27. Defendants owe Plaintiff a duty to render a decision on said asylee relative petition and have unreasonably failed to perform that duty. This duty is owed under the INA and the Regulations.

28. Defendants have sufficient information to adjudicate Plaintiff's petition for asylee relative.

29. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in and have refused to render a decision on Plaintiff's asylee relative petition for over three years, thereby depriving her and her husband of the right to a decision on the Beneficiary husband's status and the peace of mind to which Plaintiff and her Beneficiary husband is entitled.

30. The delay is unreasonable per se.

31. The delay is unreasonable in light of USCIS estimated processing times and press releases which claim improved processing times and increased efficiency, and which further indicate that petitions and applications can be processed in less time now than in prior years.

32. Plaintiff and her husband have been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

(a)Plaintiff and her husband have been damaged by simply being deprived of the Beneficiary's status and rights of Asylee during the interminable pendency of said application, including the right for legal work authorization.

(b) Plaintiff and her husband have also been damaged by lacking peace of mind regarding the Beneficiary husband's freedom to travel. The Plaintiff and her husband cannot travel as a family for fear that Plaintiff's husband would be detained and deported at any time.

(c)Plaintiff and her Beneficiary husband have further been damaged by being made to suffer an unnecessary delay in the Beneficiary husband obtaining all the rights and privileges deriving from Legal Permanent Residency and U.S. citizenship, including the right to vote and to fully participate in U.S. society and to petition for his elderly parents to immigrate to the United States.

33.    Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiff's petition and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

34.    Plaintiff has made numerous status inquiries in an attempt to secure adjudication of said application, all to no avail. Accordingly, Plaintiff has been forced to retain the services of an attorney to pursue the instant action.

## PRAYER

35.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(d)requiring Defendants to render a decision on Plaintiff's I-730 Asylee Relative Petition;

(e)awarding Plaintiff reasonable attorney's fees; and

(f)granting such other relief at law and in equity as justice may require.

Respectfully submitted,

/s/ Yee Ling Poon
Yee Ling Poon, Esq.
Law Offices of Yee Ling Poon
11 East Broadway, 5th Floor
New York, NY 10038
(212) 385-4575

6

## LIST OF ATTACHMENTS

Exhibit1.................I-730 Receipt Notice and Application for Plaintiff's Spouse

Exhibit 2................I-730 Approval Notice for Plaintiff's Two Children

Exhibit 3............ ...Inquiry Letter to the Nebraska Service Center dated 11/24/2004

Exhibit 4................Case Status Search Online dated 01/25/2005

Exhibit 5................Inquiry Letter to USCIS New York dated 1/27/2005

Exhibit 6................Response from Nebraska Service Center dated 3/10/2005

Exhibit 7................Inquiry Letter to USCIS New York dated 4/6/2005

Exhibit 8................Inquiry Letter to USCIS New York dated 7/15/2005

Exhibit 9................Inquiry Letter to USCIS New York dated 3/24/2006

Exhibit 10..............Inquiry Letter to USCIS New York dated 6/26/2007

Exhibit 11..............Case Status Service Online dated 7/20/2007

Exhibit 12..............USCIS Nebraska Service Center Processing Dates

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-227-52780 | | CASE TYPE I730<br>REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIVED DATE<br>July 23, 2003 | PRIORITY DATE | PETITIONER A77 556 823<br>TANG, FENG QIU |
| NOTICE DATE<br>July 23, 2003 | PAGE<br>1 of 1 | |

YEE L. POON
LAW OFFICES OF YEE LING POON
11 EAST BROADWAY 5TH FLOOR
NEW YORK NY 10038

**Notice Type:**  Receipt Notice

Fee Waived

The above application or petition has been received. It usually takes 300 to 330 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get-up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797C (Rev. 09/07/93) N

U.S. Department of Justice
Immigration and Naturalization Service

OMB #115-0121

**Refugee/Asylee Relative Petition**

## START HERE - Please Type or Print

### Part 1.    Information about you.

| Family Name TANG | Given Name Feng Qiu | Middle Name |
|---|---|---|

Address - C/O

| Street Number and Name 10 Monroe Street | Apt.# GA-10 |
|---|---|

| City New York | State or Province NY |
|---|---|

| Country USA | ZIP/Postal Code 10002 | Sex: a. ☐ Male  b. ☒ Female |
|---|---|---|

| Date of Birth *(Month/Day/Year)* 01/13/1963 | Country of Birth P.R.China |
|---|---|

| A# 77-556-823 | Social Security # 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 |
|---|---|

Other names used *(including maiden name)*
None

Present Status: *(check one)*
a. ☒ Refugee    c. ☐ Lawful Permanent Resident based on previous Refugee status
b. ☒ Asylee    d. ☐ Lawful Permanent Resident based on previous Asylee status

Date *(Month/Day/Year)* and Place Refugee or Asylee status was granted:

12/23/1999          New York, NY

If granted Refugee status, Date *(Month/Day/Year)* and Place Admitted to the United States:

N/A

If Married, Date *(Month/Day/Year)* and Place of Present Marriage:

04/04/1989    FuZhou, P.R.China

If Previously Married, Name(s) of Prior Spouse(s):
None

Date(s) Previous Marriage(s) Ended: *(Month/Day/Year)*
None

### Part 2.    Information about the relationship.

The alien relative is my:    a. ☒ Spouse
b. ☐ Unmarried child under 21 years of age

Number of relatives I am filing for:  3    ( 1  of 3 )

### Part 3.    Information about your alien relative.   *(If you are petitioning for more than one family member you must complete and file a separate Form I-730 for each additional family member.)*

| Family Name ZHENG | Given Name Wei Heng | Middle Name |
|---|---|---|

Address - C/O

| Street Number and Name 10 Monroe Street | Apt. # GA-10 |
|---|---|

Form I-730 (Rev. 1-7-98)N          **Continued on back.**

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| Submitted | |
| Reloc Sent | |
| Reloc Rec'd | |

☐ Petitioner Interviewed
☐ Beneficiary Interviewed

**Consulate**

**Sections of Law**
☐ 207 (c) (2) Spouse
☐ 207 (c) (2) Child
☐ 208 (b) (3) Spouse
☐ 208 (b) (3) Child

**Remarks**

**Action Block**

**To Be Completed by Attorney or Representative, if any**
☒ Fill in box if G-28 is attached to represent the applicant

Volag #

Atty State License #

## Part 3. Information about your alien relative.    *Continued*

| City<br>**New York** | State or Providence<br>**NY** | |
|---|---|---|
| Country<br>**USA** | ZIP/Postal Code<br>**10002** | Sex:<br>a. ☒ Male<br>b. ☐ Female |
| Date of Birth    *(Month/Day/Year)*<br>**11/22/1963** | Country of Birth<br>**P.R.China** | |
| Alien #    *(If any)*<br>**29-796-689** | Social Security #    *(If any)*<br>**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** | |

Other name(s) used    *(including maiden name)*

**None**

If Married, Date    *(Month/Day/Year)* and Place of Present Marriage:

**04/04/1989**                    **FuZhou, P.R.China**

If Previously Married, Name(s) of Prior Spouse(s):

**None**

Date(s) Previous Marriage(s) Ended:    *(Month/Day/Year)*

**None**

## Part 4. Processing Information.

A.    Check One:    a. ☒    The person named in Part 3 is now in the United States.

b. ☐    The person named in Part 3 is now outside the United States.    *(Please indicate the location of the American Consulate or Embassy where your relative will apply for a visa.)*

American Consulate/Embassy at: _____

City and Country

B.    Is the person named in Part 3 in exclusion, deportation, or removal proceedings in the United States?

a. ☐    No

b. ☒    Yes *(Please explain on a separate paper.)*    The Immigration Judge terminated proceedings on 05/19/1997.

## Part 5. Signature.    *Read the information on penalties in the instructions before completing this section and sign below. If someone helped you to prepare this petition, he or she must complete Part 6.*

*certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America, that this etition and the evidence submitted with it, is all true and correct. I authorize the release of any information from my record which the nmigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.*

ignature    x *TANG FENG QIU*    Print Name    Date  7/17/03    Daytime Telephone #

**Feng Qiu**        **TANG**

lease Note:    If you do not completely fill out this form, or fail to submit the required documents listed in the instructions, your relative may not be found eligible for the requested benefit and this petition may be denied.

## Part 6. Signature of person preparing form if other than Petitioner above.    *(Sign Below)*

declare that I prepared this petition at the request of the above person and it is based on all of the information of which I have knowledge.

ignature    *Yee Ling Poon/sn*    Print Name    Date  7/17/03    Daytime Telephone #  212-385-4575

rm Name    LAW OFFICES OF YEE LING POON
nd Address    11 EAST BROADWAY, SUITE 5A
NEW YORK, NEW YORK 10038

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-227-52803 | | CASE TYPE I730<br>REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIPT DATE<br>July 23, 2003 | PRIORITY DATE | PETITIONER A77 556 823<br>TANG, FENG QIU |
| NOTICE DATE<br>July 2, 2004 | PAGE<br>1 of 1 | BENEFICIARY A78 371 137<br>ZHENG, CUN XI |

YEE L. POON
LAW OFFICES OF YEE LING POON
11 EAST BROADWAY 5TH FLOOR
NEW YORK NY 10038

**Notice Type:** Approval Notice
Class: ASY

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides.  The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I 797 (Rev. 09/07/93)N

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER LIN-03-227-52794 | | CASE TYPE I730 REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIPT DATE July 23, 2003 | PRIORITY DATE | PETITIONER A77 556 823 TANG, FENG QIU |
| NOTICE DATE July 2, 2004 | PAGE 1 of 1 | BENEFICIARY A78 371 138 ZHENG, HUI CHUN |

| | |
|---|---|
| YEE L. POON<br>LAW OFFICES OF YEE LING POON<br>11 EAST BROADWAY 5TH FLOOR<br>NEW YORK NY 10038 | Notice Type:  Approval Notice<br>Class: ASY |

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act, and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes INS action on this petition.

The Department of State will notify the U.S. Embassy or consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 09/07/93)N

LAW OFFICES OF
# YEE LING POON

潘 綺 玲 律師樓

Glory China Tower
11 East Broadway., 5th Floor
New York, NY 10038

Tel.: (212) 385-4575
Fax: (212) 385-4792

November 24, 2004

US CIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

                Re:    **Request for Status**
                         I-730 Petition
                         Petitioner:    TANG, Feng Qiu    A77-556-823
                         Beneficiary:   ZHENG, Wei Heng  A29-796-689  (Husband)
                         Receipt No.:  LIN-03-227-52780

To Whom It May Concern:

      Please be advised that the above-referenced petition was filed on 07/23/2003. As of today, we have not as yet received any further notice from you regarding this case. The I-730 petitions for the two children filed at the same time have been approved.

      Please look into this matter and advise this office of the status of this case as soon as possible.

      Thank you for your prompt response.

Very truly yours,

Yee Ling Poon/sh

Yee Ling Poon

YLP/sh
Encl.

# Case Status Search

Receipt Number:    lin0322752780

Application Type:    I730, REFUGEE ASYLEE RELATIVE PETITION

Current Status:

On July 14, 2004, we transferred your I730 REFUGEE ASYLEE RELATIVE PETITION to an
office in NEW YORK, NY for processing. Our office in NEW YORK, NY will send you a written
decision as soon as processing is complete. You should receive a notice informing you that your
case has been transferred to a local office. Please call the National Customer Service Center at
(800) 375-5283 to receive information about local office processing times.

---

If you have questions or concerns about your application or the case status results listed above,
or if you have not received a decision or advice from the USCIS within the projected processing
time frame*, please contact the National Customer Service Center.

National Customer Service Center:  (800) 375-5283

* The projected processing time frame can be found on the receipt notice that you received from
the USCIS.

LAW OFFICES OF
# YEE LING POON

潘綺玲 律師樓

Glory China Tower
11 East Broadway , 5th Floor
New York, NY 10038

Tel.: (212) 385-4575
Fax: (212) 385-4792

January 27, 2005

USCIS
26 Federal Plaza
New York, NY 10278

Re:    **Request for Status**
       I-730 Petition
       Petitioner:    TANG, Feng Qiu      A77-556-823
       Beneficiary:   ZHENG, Wei Heng     A29-796-689  (Husband)
       Receipt No.:   LIN-03-227-52780

To Whom It May Concern:

This office represents the above-referenced petitioner with regard to her I-730 petition. According to the CIS Case Status on line (see attached), this petition was transferred to your office on 07/14/2004. As of today, no further notice has been received yet.

Please advise this office of the status of this case as soon as possible.

Thank you for your prompt response.

Very truly yours,

Yee Ling Poon/sh

Yee Ling Poon

YLP/sh
Encl.

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

March 10, 2005  Refer to File Number:

LIN03 227 52780

YEE LING POON
GLORY CHINA TOWER
11 EAST BROADWAY  5TH FLOOR
NEW YORK NY  10038

Dear Sir or Madam:

Service records show that this I-730 was transferred  to the New York District Office on July 14, 2004 and you
should have received the transfer notice.

Please check with that office as to the processing time.

Sincerely,

Donald Neufeld
Acting Director
NSC/bf/212

**www.uscis.gov**

LAW OFFICES OF
# YEE LING POON

潘 綺 玲 律師樓

Glory China Tower
11 East Broadway , 5th Floor
New York, NY 10038

Tel.: (212) 385-4575
Fax: (212) 385-4792

April 6, 2005

USCIS
26 Federal Plaza
New York, NY 10278

          Re:    Re:    **Request for Status**
                        I-730 Petition
                        Petitioner:    TANG, Feng Qiu      A77-556-823
                        Beneficiary:    ZHENG, Wei Heng    A29-796-689  (Husband)
                        Receipt No.:    LIN-03-227-52780

To Whom It May Concern:

    Please be advised that the above-referenced petition was filed on 07/23/2003. And it was transferred to your office on 07/14/2004. As of today, no further notice has been received with regard to this petition.

    Please look into this matter and advise this office of the status of this case as soon as possible.

    Thank you for your prompt response.

Very truly yours,

*Yee Ling Poon/sH*

Yee Ling Poon

YLP/sh
Encl.

LAW OFFICES OF
# YEE LING POON

潘綺玲 律師樓

Glory China Tower
11 East Broadway , 5th Floor
New York, NY 10038

Tel.: (212) 385-4575
Fax: (212) 385-4792

July15, 2005

**USCIS**
26 Federal Plaza
New York, NY 10278

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
| Re: | Re: | 3rd **Request for Status** | | |
|     |     | I-730 Petition | | |
|     |     | Petitioner: | TANG, Feng Qiu | A77-556-823 |
|     |     | Beneficiary: | ZHENG, Wei Heng | A29-796-689 (Husband) |
|     |     | Receipt No.: | LIN-03-227-52780 | |

To Whom It May Concern:

Please be advised that the above-referenced petition was filed on 07/23/2003. And it was transferred to your office on 07/14/2004. As of today, no further notice has been received with regard to this petition. We made two inquiries about this case previously but has not received any response from you.

Please look into this matter and advise this office of the status of this case as soon as possible.

Thank you for your prompt response.

Very truly yours,

Yee Ling Poon/sh

Yee Ling Poon

YLP/sh
Encl.

LAW OFFICES OF
# YEE LING POON

潘綺玲 律師樓

Glory China Tower
11 East Broadway , 5th Floor
New York, NY 10038

Tel.: (212) 385-4575
Fax: (212) 385-4792

March 24, 2006

USCIS
26 Federal Plaza
New York, NY 10278

Re:    **Request for Status**
**I-730 Petition Pending for A Long Time**
Petitioner:    TANG, Feng Qiu    A77-556-823
Beneficiary:    ZHENG, Wei Heng    A29-796-689
Receipt No.:    LIN-03-227-52780

To Whom It May Concern:

This office has been informed that the above-referenced petition was transferred to your office on **07/14/2004**. (See attached). As of today, we have not received your decision on this case.

Please look into this matter and advise us of the status as soon as possible.

Thank you for your prompt response.

Very truly yours,

Yee Ling Poon

YLP/sh
Encl.

# YEE LING POON

潘綺玲 律師樣

Glory China Tower
11 East Broadway , 5th Floor
New York, NY 10038

Tel.: (212) 385-4575
Fax: (212) 385-4792

June 26, 2007

USCIS
26 Federal Plaza
New York, NY 10278

RE:    **Request for Decision on Protactedly Delayed I-730**
Petitioner:     TANG, Feng Qiu     A77-556-823
Beneficiary:    ZHENG, Wei Heng    A29-796-689
Receipt No.:   LIN-03-227-52780

To Whom It May Concern:

As legal counsel for the above-referenced Petitioner and Beneficiary, we have made several inquiries in regards to Petitioner's pending I-730 petition.  The enclosed papers testify that the I-730 petition was originally filed in **July 2003** and transferred to your office for processing on **July 14, 2004**.  Its status has remained pending for **four years** now.

We have made many inquiries, both online and by post, but have yet to receive any response or decision on Petitioner's I-730.  Please look into this delay and inform us of the decision in this matter as soon as possible.

Thank you for your prompt attention.

Very truly yours,

Yee Ling Poon

Encl.



U.S. Citizenship
and Immigration
Services

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

**Change Of Address**

**Services While Your Case is Pending**

**Civil Surgeons**

**Processing Times**

**Case Status Online**

**Case Status Search**

**Register**

**Login**

**Receipt Number: lin0322752780**

**Application Type: I730, REFUGEE ASYLEE RELATIVE PETITION**

**Current Status: This case has been sent to another office for processing.**

On July 14, 2004, we transferred this I730 REFUGEE ASYLEE RELATIVE PETITION to our NEW YORK, NY location for processing and sent you a notice explaining this action. Please follow any instructions on this notice. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done. This case has been sent to our NEW YORK, NY location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status



**07-20-2007 03:09 PM EDT**

U.S. Department of Homeland Security



Home   Contact Us   Site Map   FAQ

Search   

Advanced Search

| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resource | Press Room |

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
# Nebraska Service Center Service Center Processing Dates
# Posted July 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information. If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you

haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted July 16, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | October 08, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | January 13, 2007 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 22, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | June 30, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 15, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | March 06, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | March 06, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | March 26, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | October 14, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | March 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | October 03, 2006 |

| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | December 11, 2006 |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | September 07, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | September 18, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | September 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | October 06, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | January 13, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | January 13, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 20, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | February 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | August 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | January 13, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | April 04, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | December 15, 2006 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | July 20, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | November 12, 2006 |

| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | June 16, 2007 |
|-------|-------------------------------------------|--------------------------------------------------|---------------|
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | June 16, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 26, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | April 27, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | January 13, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | November 29, 2006 |

[ Print This Page ]    [ Back ]



ORIGINAL-WHITE                 DUPLICATE-YELLOW                 TRIPLICATE-PINK

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**                          **E 625840**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED FROM      *Feng Qiu Tang*
                           at

                   07CV7738 -
                   Complaint

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

```
INVOICE #81593
DATE\TIME: 8/30/2007 2:36:52 PM
CASHIER: LATECIA
STATION: 01
=====================================
1   COMPLAINT 4/06              $350.00
     086900    $60.
     510000    $190.00
     086400    $100.00
=====================================
GRAND TOTAL                     $350.00
```

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE: | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 20 | | | | |

DEPUTY CLERK:


## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. Affix Priority Mail postage to your label or take to a Post Office™.

5. Stamped packages weighing 13 ounces or more may not be placed in USPS collection boxes.

6. Mail your package on the "Ship Date" you selected when creating this label.

**UNITED STATES**
**POSTAL SERVICE**®

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the Track & Confirm page at www.usps.com*

---

## Online Label Record (Label 1 of 1)

### Delivery Confirmation™ Number:
### 0103 8555 7490 6674 0855

| | | |
|---|---|---|
| Not Paid Online | | |
| Print Date: | 08/30/2007 | Priority Mail® Postage: |
| Ship Date: | 08/30/2007 | Total:     **$4.60** |
| Weight: | 2 lb 0 oz | |

From:   TANG, FENTG QIU 77-556-823
        LAW OFFICE OF YEE LING POON
        5TH FLOOR
        11 EAST BROADWAY
        NEW YORK NY 10038

To:     ANDREA QUARANTILLO
        USCIS NYC DISTRICT DIRECTOR
        26 FEDERAL PLZ
        NEW YORK NY 10278-0004

* Regular Priority Mail rates apply. There is no fee for Delivery Confirmation service on Priority Mail service with use of this electronic rate shipping label. Delivery information is not available by phone for the electronic rate. Refunds for unused postage paid labels can be requested online 10 days from the print date.

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. Affix Priority Mail postage to your label or take to a Post Office™.

5. Stamped packages weighing 13 ounces or more may not be placed in USPS collection boxes.

6. Mail your package on the "Ship Date" you selected when creating this label.

**UNITED STATES**
**POSTAL SERVICE** ®    *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the Track & Confirm page at www.usps.com*

## Online Label Record (Label 1 of 1 )

Delivery Confirmation™ Number:
**0103 8555 7490 7730 8631**

Not Paid Online
Print Date:    08/30/2007    Priority Mail® Postage:
Ship Date:    08/30/2007    Total:
Weight:    2 lb 0 oz    **$4.60**

From:    TANG, FENG QIU 77-556-823
LAW OFFICE OF YEE LING POON
5TH FLOOR
11 EAST BROADWAY
NEW YORK NY 10038

To:    USAO FOR SDNY
FL 3RD
86 CHAMBERS ST
NEW YORK NY 10007-1826

* Regular Priority Mail rates apply. There is no fee for Delivery Confirmation service on Priority Mail service with use of this electronic rate shipping label. Delivery information is not available by phone for the electronic rate. Refunds for unused postage paid labels can be requested online 10 days from the print date.

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. **DO NOT PHOTO COPY OR ALTER LABEL.**

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, **DO NOT TAPE OVER BARCODE.** Be sure all edges are secure.

4. Affix Priority Mail postage to your label or take to a Post Office™.

5. Stamped packages weighing 13 ounces or more may not be placed in USPS collection boxes.

6. Mail your package on the "Ship Date" you selected when creating this label.

**UNITED STATES POSTAL SERVICE** ®    *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the Track & Confirm page at www.usps.com*

# Online Label Record (Label 1 of 1 )

**Delivery Confirmation™ Number:**

**0103 8555 7491 1908 7715**

| | | |
|---|---|---|
| Not Paid Online | | Priority Mail® Postage: |
| Print Date: | 08/30/2007 | Total: |
| Ship Date: | 08/30/2007 | |
| Weight: | 2 lb 0 oz | **$4.60** |

From:  TANG, FENG QIU 77-556-823
       LAW OFFICE OF YEE LING POON
       5TH FLOOR
       11 EAST BROADWAY
       NEW YORK NY 10038

To:    MICHAEL CHERTOFF
       DHS
       BLDG 410
       245 MURRAY DR SW
       WASHINGTON DC 20528-0005

* Regular Priority Mail rates apply. There is no fee for Delivery Confirmation service on Priority Mail service with use of this electronic rate shipping label. Delivery information is not available by phone for the electronic rate. Refunds for unused postage paid labels can be requested online 10 days from the print date.