UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FENG QIU TANG,

                Plaintiff,                              **ECF CASE**

     v.

                                            07 Civ. 07738 (LTS)

MICHAEL CHERTOFF, ET AL.,

                Defendants.                           NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          September 12, 2007

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney for the
                                                  Southern District of New York

                                    By:    /s/
                                                  DAVID V. BOBER
                                                  Assistant United States Attorney
                                                   86 Chambers Street, 3rd Floor
                                                   New York, New York 10007
                                                   Telephone: (212) 637-2718
                                                   Facsimile: (212) 637-2786
                                                   Email: david.bober@usdoj.gov

TO:    Yee Ling Poon
         Law Offices of Yee Ling Poon
         11 E. Broadway, 5th Floor
         New York, NY 10038