**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

NOV 1 5 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
FENG QIU TANG,                          :
                    Plaintiff,          :
                                        :
        - v, -                          :
                                        :
MICHAEL CHERTOFF, et al.,               :
                                        :
                    Defendants.         :
------------------------------------------------X

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 7738 (LTS)

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the

parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or

attorney's fees to any party.

Dated: New York, New York
       November __, 2007



NOV 16 2007
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

LAW OFFICES OF YEE LING POON
Attorneys for Plaintiff

By: _____
YEE LING POON, ESQ.
11 East Broadway, 5th Floor
New York, NY 10038
Tel. No.: (212) 385-4575

Dated: New York, New York
       November 2, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED:
_____  11/16/07
HON. LAURA TAYLOR SWAIN
United States District Judge